## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
APPEL, CAROLE R.                    §        Case No. 12-43180
                                    §
                   Debtor(s)        §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on                 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]                   $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was               and the deadline for filing governmental claims was               . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $               . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $               as interim compensation and now requests a sum of $               , for a total compensation of $               [2]. In addition, the trustee was awarded reimbursement for reasonable and necessary expenses in the amount of $               , and now requests reimbursement for expenses of $               , for total expenses of $               [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____      By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit A

| Case No: | 12-43180 | CAS | Judge: DONALD R. CASSLING | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | APPEL, CAROLE R. | | | | Date Filed (f) or Converted (c): | 10/31/12 (f) |
| | | | | | 341(a) Meeting Date: | 12/18/12 |
| For Period Ending: 04/08/15 | | | | | Claims Bar Date: | 10/16/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2013 MUSTANG <br><br> sold at auction per order 8/2/13 | 29,163.00 | 0.00 | | 21,500.00 | FA |
| 2. CASH ON HAND | 25.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNTS | 3,594.02 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 725.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS AND ART OBJECTS | 250.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL AND JEWELRY | 1,650.00 | 0.00 | | 0.00 | FA |
| 7. INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 8. PENSION PLANS AND PROFIT SHARING | 98,413.38 | 0.00 | | 0.00 | FA |
| 9. 3 CATS | 0.00 | 0.00 | | 0.00 | FA |
| 10. TAX REFUNDS | 550.00 | 0.00 | | 0.00 | FA |
| 11. INTEREST IN PROBATE ESTATE (u) | 0.00 | 0.00 | | 0.00 | FA |
| 12. INTEREST IN CAROLINE RIPLEY TRUST (u) <br><br> Debtor held 25% interest in trust. Trust owned real property which was sold per court order dated 10/17/14; Estate received 25% of sale proceeds | Unknown | 31,454.29 | | 31,454.29 | FA |
| 13. 944 SUNDROP CT #19-3 BARTLETT IL | 142,500.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $276,870.40         $31,454.29              $52,954.29            $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/13        Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 12-43180  -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | APPEL, CAROLE R. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1624  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3431 | | |
| For Period Ending: | 04/08/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/04/13 | 1 | American Auction Associates Inc. | sale of 2013 Mustang | 1129-000 | 21,500.00 | | 21,500.00 |
| 10/04/13 | 010001 | Archer Bay | ATTORNEYS FEES | 3210-000 | | 1,919.00 | 19,581.00 |
| 10/04/13 | 010002 | Archer Bay | attorney expenses | 3220-000 | | 18.02 | 19,562.98 |
| 10/04/13 | 010003 | Amercan Auction Associates | auction expenses | 3620-000 | | 572.07 | 18,990.91 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.86 | 18,962.05 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.22 | 18,932.83 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.24 | 18,905.59 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.11 | 18,877.48 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.07 | 18,849.41 |
| 02/15/14 | 010004 | International Sureties Ltd 701 Polydras St.  #420 New Orleans LA 70139 | Bond premiun bond #016026455 | 2300-000 | | 17.91 | 18,831.50 |
| 02/26/14 | 010005 | Nrodstrom fsb P.O. Box 6566 Englewood CO 80155 | interim distribution | 7100-000 | | 2,261.57 | 16,569.93 |
| 02/26/14 | 010006 | PYOD LLC as assignee | interim distribution | 7100-000 | | 7,754.50 | 8,815.43 |
| | | | Page Subtotals | | 21,500.00 | 12,684.57 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 18.04

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   2

Exhibit B

| Case No: | 12-43180  -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | APPEL, CAROLE R. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1624  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3431 | | |
| For Period Ending: | 04/08/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | of Citibank<br>Reurgent Capital Services<br>P.O. Box 19008<br>Greenville SC 29602 | | | | | |
| 02/26/14 | 010007 | Discover Bank<br>DB Servicing Corporation<br>P.O. Box 3025<br>New Albany OH 43054 | Interim distribution | 7100-000 | | 5,927.56 | 2,887.87 |
| 02/26/14 | 010008 | The Helms Law Firm P.C. | trustee compensation | 2100-000 | | 2,887.87 | 0.00 |
| 01/07/15 | 12 | First American Title Insuranc Eco<br>40 Skokie Blvd  #420<br>Northbrook IL 60062<br>FIRST AMERICAN TITLE INSURANC ECO<br><br>BUYER, CREDIT TO<br><br>FRIST AMERICAN TITLE INSURANCE CO<br><br>FIRST AMERICAN TITLE INSURANCE CO<br><br>FIRST AMERICAN TITLE INSURANCE CO<br><br>PROFESSIONAL LAND SURVEYING INC.<br><br>RIPLEY, MARY | sale proceeds 2326 W. Jarvis<br><br>   Memo Amount:         132,000.00<br>sale proceeds 2326 W. Jarvis<br>   Memo Amount:     (      1,383.00 )<br>buyers credi owners policy & insur<br>   Memo Amount:     (      3,039.83 )<br>Real Estate taxes paid<br>   Memo Amount:     (        150.00 )<br>Zoning and Water certification<br>   Memo Amount:     (        594.00 )<br>Citu amd state transfer taxes<br>   Memo Amount:     (        650.00 )<br>Survey<br>   Memo Amount:     (       31,414.29 )<br>proceeds of sale per trust allocati | <br><br>1229-000<br><br>2500-000<br><br>2500-000<br><br>2500-000<br><br>2820-000<br><br>2500-000<br><br>8500-000 | 31,454.29 | | 31,454.29 |

Page Subtotals            31,454.29            8,815.43

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 12-43180 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | APPEL, CAROLE R. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1624 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3431 | | |
| For Period Ending: | 04/08/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | COLLAR, PAMELA | Memo Amount: ( 31,454.29 ) proceeds of sale per trust allocatn | 8500-000 | | | |
| | | RIPLEY, TIMOTHY | Memo Amount: ( 31,454.29 ) sale proceeds per trust allocation | 8500-000 | | | |
| | | GREENE, JOSHUA | Memo Amount: ( 120.00 ) Reimbursement of zoning application | 2500-000 | | | |
| | | LAWYERS LEGS, INC. | Memo Amount: ( 76.01 ) water certification fee | 2500-000 | | | |
| | | FIRST AMERICAN TITLE | Memo Amount: ( 210.00 ) Misc. title charges | 2500-000 | | | |
| 01/26/15 | 010009 | Davis & Greene Law LLC | ATTORNEY FEES | 3210-000 | | 7,625.00 | 23,829.29 |
| 01/26/15 | 010010 | Davis & Greene Law LLC | attorney expenses | 3220-000 | | 406.49 | 23,422.80 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 132,000.00 | COLUMN TOTALS | 52,954.29 | 29,531.49 | | 23,422.80 |
| Memo Allocation Disbursements: | 100,545.71 | Less: Bank Transfers/CD's | 0.00 | 0.00 | | |
| | | Subtotal | 52,954.29 | 29,531.49 | | |
| Memo Allocation Net: | 31,454.29 | Less: Payments to Debtors | | 0.00 | | |
| | | Net | 52,954.29 | 29,531.49 | | |
| | | | NET | NET | ACCOUNT | |
| Total Allocation Receipts: | 132,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE | |
| Total Allocation Disbursements: | 100,545.71 | Checking Account (Non-Interest Earn - *******1624 | 52,954.29 | 29,531.49 | 23,422.80 | |
| | | | ---------------------- | ---------------------- | ---------------------- | |
| Total Memo Allocation Net: | 31,454.29 | | 52,954.29 | 29,531.49 | 23,422.80 | |
| | | | ============ | ============ | ============ | |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand | |

Page Subtotals            0.00            8,031.49

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 12-43180  -CAS |
| Case Name: | APPEL, CAROLE R. |
| Taxpayer ID No: | *******3431 |
| For Period Ending: | 04/08/15 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1624  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account (Non-Interest Earn - *******1624

| | | | Page Subtotals | | 0.00 | 0.00 | |

EXHIBIT C

ANALYSIS OF CLAIMS REGISTER

Page 1

Date: April 08, 2015

Case Number:   12-43180

Priority Sequence

Debtor Name:   APPEL, CAROLE R.

| Code # | Creditor Name & Address | Claim Class | Notes | | | | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|---|---|---|
| 001 3210-00 | Davis & Greene | Administrative | | | | | $7,625.00 | $7,625.00 | $0.00 |
| | | | 2223271624 | 01/26/15 | 10009 | | | 7,625.00 | |
| 001 3220-00 | Davis & Greene | Administrative | | | | | $406.49 | $406.49 | $0.00 |
| | | | 2223271624 | 01/26/15 | 10010 | | | 406.49 | |
| 001 3210-00 | Archer Bay | Administrative | | | | | $1,919.00 | $1,919.00 | $0.00 |
| | | | 2223271624 | 10/04/13 | 10001 | | | 1,919.00 | |
| 001 3220-00 | Archer Bay | Administrative | | | | | $18.02 | $18.02 | $0.00 |
| | | | 2223271624 | 10/04/13 | 10002 | | | 18.02 | |
| 001 2100-00 | Brenda Porter Helms, Trustee 3400 W. Lawrence Ave. Chicago, IL 60625 | Administrative | Awarded $2,900.00 interim compensation per court order 2/21/14; Trustee paid $2,887.87 representing balance of estate funds at time of interim distribution. | | | | $6,208.86 | $2,887.87 | $3,320.99 |
| | | | 2223271624 | 02/26/14 | 10008 | | | 2,887.87 | |
| 001 2200-00 | Brenda Porter Helms, Trustee 3400 W. Lawrence Ave. Chicago, IL 60625 | Administrative | Awarded $61.96 for reimbursement of expenses per court order 2/21/14; Trustee paid $0.00 of the expenses allowed. | | | | $61.96 | $0.00 | $61.96 |
| | Subtotal for Priority 001 | | | | | | $16,239.33 | $12,856.38 | $3,382.95 |
| 1 070 7100-00 | Nrodstrom fsb P.O. Box 6566 Englewood CO 80155 | Unsecured | | | | | $6,700.38 | $2,261.57 | $4,438.81 |
| | | | 2223271624 | 02/26/14 | 10005 | | | 2,261.57 | |
| 2 070 7100-00 | PYOD LLC as assignee of Citibank Reurgent Capital Services P.O. Box 19008 Greenville SC 29602 | Unsecured | | | | | $22,974.40 | $7,754.50 | $15,219.90 |
| | | | 2223271624 | 02/26/14 | 10006 | | | 7,754.50 | |
| 3 070 7100-00 | Discover Bank DB Servicing Corporation P.O. Box 3025 New Albany OH 43054 | Unsecured | | | | | $17,561.70 | $5,927.56 | $11,634.14 |
| | | | 2223271624 | 02/26/14 | 10007 | | | 5,927.56 | |
| | Subtotal for Priority 070 | | | | | | $47,236.48 | $15,943.63 | $31,292.85 |
| BOND 999 2300-00 | International Sureties Ltd 701 Polydras St.  #420 New Orleans LA 70139 | Administrative | | | | | $17.91 | $17.91 | $0.00 |
| | | | 2223271624 | 02/15/14 | 10004 | | | 17.91 | |

| | | | | | | |
|---|---|---|---|---|---|---|

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: April 08, 2015

Case Number:   12-43180
Debtor Name:   APPEL, CAROLE R.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Subtotal for Priority 999 | | | $17.91 | $17.91 | $0.00 |
| | Case Totals: | | | $63,493.72 | $28,817.92 | $34,675.80 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-43180
Case Name: APPEL, CAROLE R.
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

      Balance on hand                            $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Davis & Greene | $ | $ | $ |
| Other: International Sureties Ltd | $ | $ | $ |
| Other: Archer Bay | $ | $ | $ |
| Other: Davis & Greene | $ | $ | $ |
| Other: Archer Bay | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____

    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nrodstrom fsb | $ | $ | $ |
| 2 | PYOD LLC as assignee | $ | $ | $ |
| 3 | Discover Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE