# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| APPEL, CAROLE R. | § | Case No. 12-43180 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK  OF THE COURT
   219 s. DEARBORN STREET
   CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/19/2015 in Courtroom 240,
   Kane County Courthouse
   100 S. Third Street
   Geneva Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/20/2015          By: CLERK  OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
APPEL, CAROLE R. §   Case No. 12-43180
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 153,500.00 |
| and approved disbursements of | $ | 130,077.20 |
| leaving a balance on hand of[1] | $ | 23,422.80 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 6,208.86 | $ 2,887.87 | $ 3,320.99 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 61.96 | $ 0.00 | $ 61.96 |
| Attorney for Trustee Fees: Davis & Greene | $ 7,625.00 | $ 7,625.00 | $ 0.00 |
| Other: International Sureties Ltd | $ 17.91 | $ 17.91 | $ 0.00 |
| Other: Archer Bay | $ 1,919.00 | $ 1,919.00 | $ 0.00 |
| Other: Davis & Greene | $ 406.49 | $ 406.49 | $ 0.00 |
| Other: Archer Bay | $ 18.02 | $ 18.02 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,382.95 |
| Remaining Balance | $ 20,039.85 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,236.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 76.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Nrodstrom fsb | $ 6,700.38 | $ 2,261.57 | $ 2,842.60 |
| 2 | PYOD LLC as assignee | $ 22,974.40 | $ 7,754.50 | $ 9,746.78 |
| 3 | Discover Bank | $ 17,561.70 | $ 5,927.56 | $ 7,450.47 |
| | Total to be paid to timely general unsecured creditors | | | $ 20,039.85 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
                             Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-43180-DRC
Carole R. Appel                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams          Page 1 of 2           Date Rcvd: May 22, 2015
                              Form ID: pdf006         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2015.
```
db         +Carole R. Appel,    1944 Sundrop Ct., #19-3,    Bartlett, IL 60103-2300
19804765   +BP,    Pob 15298,    Wilmington DE 19850-5298
19635491    Bank of America,    PO Box 650070,    Dallas, TX 75265-0070
19635494   +Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
19635493    Bank of America,    Customer Service,    PO Box 5170,    Simi Valley, CA 93062-5170
19635495   +Bill Me Later,    9690 Deerco Road,    Suite 705,    Lutherville Timonium, MD 21093-6936
19635500   +CITI,    BOX 6500,    Sioux Falls, SD 57117-6500
19635501   +CITI Ready Credit,    PO Box 769004,    San Antonio, TX 78245-9004
19635498   +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
19635499   +Chase,    PO Box 15153,    Wilmington, DE 19886-5153
19635503   +Discover Bank,    c/o FMA Alliance, Ltd,    PO BOX 2409,    77252-2409
19635504   +Heron's Landing Condominium Associa,    5999 S New Wilke Road,    Suite 108,
             Rolling Meadows, IL 60008-4501
19635505   +Illinois Department of Public Aid,    Division of Child Support Enforcem.,
             509 S. 6th Street, 6th Floor,    Springfield, IL 62701-1809
19635507   +Macy's Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
19635512   +PNC Bank,    Customer Service,    PO Box 3429,    Pittsburgh, PA 15230-3429
19635511    PNC Bank,    PO Box 856117,    Louisville, KY 40285
19635513   +Sears,    PO Box 6283,    Sioux Falls, SD 57117-6283
19635514   +Storage Mart,    9 N 004 Route 59,    Elgin, IL 60120-7405
20445689   +William Appel,    1944 Sundrop Ct., #19-3,    Bartlett IL 60103-2300
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19635496   +E-mail/Text: cms-bk@cms-collect.com May 23 2015 00:37:47     Capital Management Services, LP,
             726 Exchange Street,    Suite 700,   Buffalo, NY 14210-1464
19804764   +E-mail/Text: bk.notifications@jpmchase.com May 23 2015 00:37:49     Chase Automotive Finance,
             Pob 15700,    Wilmington DE 19886-0001
19635502   +E-mail/Text: legalcollections@comed.com May 23 2015 00:38:59     ComED,   Bankruptcy Department,
             555 Waters Edge,    Lombard, IL 60148-7044
21088642    E-mail/PDF: mrdiscen@discover.com May 23 2015 00:41:03     Discover Bank,
             DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
19635508   +E-mail/Text: bankrup@aglresources.com May 23 2015 00:37:10     Nicor,    PO BOX 416,
             Aurora, IL 60507-0416
19635510   +E-mail/Text: bnc@nordstrom.com May 23 2015 00:37:30     Nordstrom,    PO Box 6555,
             Englewood, CO 80155-6555
19635509   +E-mail/Text: bnc@nordstrom.com May 23 2015 00:37:30     Nordstrom,    PO Box 13589,
             Scottsdale, AZ 85267-3589
20742055   +E-mail/Text: bnc@nordstrom.com May 23 2015 00:37:30     Nordstrom fsb,    P.O. Box 6566,
             Englewood, CO 80155-6566
21079527   +E-mail/PDF: resurgentbknotifications@resurgent.com May 23 2015 00:40:48
             PYOD, LLC its successors and assigns as assignee,    of Citibank (South Dakota), N.A.,
             Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19635497          Chase
19635506          Macy's
19635492        ##+Bank of America,    PO Box 15026,   Wilmington, DE 19850-5026
                                                                                 TOTALS: 2, * 0, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2015                          Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: dwilliams              Page 2 of 2                   Date Rcvd: May 22, 2015
                              Form ID: pdf006              Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2015 at the address(es) listed below:
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
               brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Jeffrey  Snell    on behalf of U.S. Trustee Patrick S Layng jeffrey.snell@usdoj.gov
              Joshua D. Greene    on behalf of Trustee Brenda Porter Helms, ESQ jgreene@springerbrown.com,
               iprice@springerbrown.com
              Joshua D. Greene    on behalf of Plaintiff Brenda Porter Helms jgreene@springerbrown.com,
               iprice@springerbrown.com
              Meredith S Fox    on behalf of Interested Party Mary  Ripley tspringer@springerbrown.com
              Michael  Oreluk    on behalf of Debtor Carole R. Appel slfecfmail@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 8
```