# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAROLE R. APPEL | § | Case No. 12-43180 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 128,369.02                     Assets Exempt: 119,338.38
*(Without deducting any secured claims)*

Total Distributions to Claimants: 36,045.53      Claims Discharged
                                                 Without Payment: 305,834.28

Total Expenses of Administration: 23,131.60

---

3) Total gross receipts of $ 153,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 94,322.87 (see **Exhibit 2**), yielded net receipts of $ 59,177.13 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 263,487.38 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 23,193.65 | 23,193.65 | 23,131.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 76,377.08 | 47,236.48 | 47,236.48 | 36,045.53 |
| **TOTAL DISBURSEMENTS** | $ 339,864.46 | $ 70,430.13 | $ 70,430.13 | $ 59,177.13 |

4) This case was originally filed under chapter 7 on 10/31/2012 . The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2015         By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2013 MUSTANG | 1129-000 | 21,500.00 |
| INTEREST IN CAROLINE RIPLEY TRUST | 1229-000 | 132,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 153,500.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| COLLAR, PAMELA | Non-Estate Funds Paid to Third Parties | 8500-002 | 31,454.29 |
| RIPLEY, MARY | Non-Estate Funds Paid to Third Parties | 8500-002 | 31,414.29 |
| RIPLEY, TIMOTHY | Non-Estate Funds Paid to Third Parties | 8500-002 | 31,454.29 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 94,322.87** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 650070 Dallas, TX 75265-0070 | | 244,291.26 | NA | NA | 0.00 |
| | Chase Automotive Finance PO BOX 15700 Wilmington, DE 19886 | | 19,196.12 | NA | NA | 0.00 |
| | Heron's Landing Condominium Associa 5999 S New Wilke Road Suite 108 Rolling Meadows, IL 60008 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 263,487.38** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE BRENDA PORTER HELMS | 2100-000 | NA | 6,208.86 | 6,208.86 | 6,208.77 |
| TRUSTEE BRENDA PORTER HELMS | 2200-000 | NA | 61.96 | 61.96 | 0.00 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 17.91 | 17.91 | 17.91 |
| BUYER, CREDIT TO | 2500-000 | NA | 1,383.00 | 1,383.00 | 1,383.00 |
| FIRST AMERICAN TITLE | 2500-000 | NA | 210.00 | 210.00 | 210.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIRST AMERICAN TITLE INSURANCE CO | 2500-000 | NA | 150.00 | 150.00 | 150.00 |
| FRIST AMERICAN TITLE INSURANCE CO | 2500-000 | NA | 3,039.83 | 3,039.83 | 3,039.83 |
| GREENE, JOSHUA | 2500-000 | NA | 120.00 | 120.00 | 120.00 |
| LAWYERS LEGS, INC. | 2500-000 | NA | 76.01 | 76.01 | 76.01 |
| PROFESSIONAL LAND SURVEYING INC. | 2500-000 | NA | 650.00 | 650.00 | 650.00 |
| ASSOCIATED BANK | 2600-000 | NA | 141.50 | 141.50 | 141.50 |
| FIRST AMERICAN TITLE INSURANCE CO | 2820-000 | NA | 594.00 | 594.00 | 594.00 |
| ARCHER BAY | 3210-000 | NA | 1,919.00 | 1,919.00 | 1,919.00 |
| DAVIS & GREENE | 3210-000 | NA | 7,625.00 | 7,625.00 | 7,625.00 |
| ARCHER BAY | 3220-000 | NA | 18.02 | 18.02 | 18.02 |
| DAVIS & GREENE | 3220-000 | NA | 406.49 | 406.49 | 406.49 |
| AMERCAN AUCTION ASSOCIATES | 3620-000 | NA | 572.07 | 572.07 | 572.07 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 23,193.65 | $ 23,193.65 | $ 23,131.60 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 15026 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Bill Me Later 9690 Deerco Road Suite 705 Lutherville Timonium, MD 21093 | | 0.00 | NA | NA | 0.00 |
| | BP PO BOX 15298 Wilmington, DE 19850 | | 1,007.34 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase PO Box 15298 Wilmington, DE 19850 | | 15,484.20 | NA | NA | 0.00 |
| | CITI Ready Credit PO Box 769004 San Antonio, TX 78245 | | 7,039.57 | NA | NA | 0.00 |
| | ComED Bankruptcy Department 555 Waters Edge Lombard, IL 60148 | | 0.00 | NA | NA | 0.00 |
| | Macy's Bankruptcy Processing PO BOX 8053 Mason, OH 45040 | | 3,496.07 | NA | NA | 0.00 |
| | Nicor PO BOX 416 Aurora, IL 60507 | | 0.00 | NA | NA | 0.00 |
| | PNC Bank PO Box 856117 Louisville, KY 40285 | | 0.00 | NA | NA | 0.00 |
| | Sears PO Box 6283 Sioux Falls, SD 57117 | | 4,128.77 | NA | NA | 0.00 |
| | Storage Mart 9 N 004 Route 59 Elgin, IL 60120 | | 0.00 | NA | NA | 0.00 |
| 3 | DISCOVER BANK | 7100-000 | 17,561.70 | 17,561.70 | 17,561.70 | 13,401.10 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | NRODSTROM FSB | 7100-000 | 5,861.48 | 6,700.38 | 6,700.38 | 5,112.97 |
| 2 | PYOD LLC AS ASSIGNEE | 7100-000 | 21,797.95 | 22,974.40 | 22,974.40 | 17,531.46 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 76,377.08 | $ 47,236.48 | $ 47,236.48 | $ 36,045.53 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-43180 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | CAROLE R. APPEL | | | | Date Filed (f) or Converted (c): | 10/31/2012 (f) |
| | | | | | 341(a) Meeting Date: | 12/18/2012 |
| For Period Ending: | 12/07/2015 | | | | Claims Bar Date: | 10/16/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2013 MUSTANG  sold at auction per order 8/2/13 | 29,163.00 | 0.00 | | 21,500.00 | FA |
| 2. CASH ON HAND | 25.00 | 0.00 | | 0.00 | FA |
| 3. BANK ACCOUNTS | 3,594.02 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 725.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS AND ART OBJECTS | 250.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL AND JEWELRY | 1,650.00 | 0.00 | | 0.00 | FA |
| 7. INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 8. PENSION PLANS AND PROFIT SHARING | 98,413.38 | 0.00 | | 0.00 | FA |
| 9. 3 CATS | 0.00 | 0.00 | | 0.00 | FA |
| 10. TAX REFUNDS | 550.00 | 0.00 | | 0.00 | FA |
| 11. INTEREST IN PROBATE ESTATE    (u) | 0.00 | 0.00 | | 0.00 | FA |
| 12. INTEREST IN CAROLINE RIPLEY TRUST    (u)  Debtor held 25% interest in trust. Trust owned real property which was sold per court order dated 10/17/14; Estate received 25% of sale proceeds | Unknown | 31,454.29 | | 132,000.00 | FA |
| 13. 944 SUNDROP CT #19-3 BARTLETT IL | 142,500.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $276,870.40         $31,454.29         $153,500.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDR being prepared

Exhibit 8

Initial Projected Date of Final Report (TFR): 12/31/2013     Current Projected Date of Final Report (TFR): 12/31/2015

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-43180 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: CAROLE R. APPEL | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1624 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3431 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 12/07/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/04/13 | 1 | AMERICAN AUCTION ASSOCIATES INC. | sale of 2013 Mustang | 1129-000 | $21,500.00 | | $21,500.00 |
| 10/04/13 | 10001 | BAY, ARCHER | ATTORNEYS FEES | 3210-000 | | $1,919.00 | $19,581.00 |
| 10/04/13 | 10002 | BAY, ARCHER | attorney expenses | 3220-000 | | $18.02 | $19,562.98 |
| 10/04/13 | 10003 | AMERCAN AUCTION ASSOCIATES | auction expenses | 3620-000 | | $572.07 | $18,990.91 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $28.86 | $18,962.05 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $29.22 | $18,932.83 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $27.24 | $18,905.59 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $28.11 | $18,877.48 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $28.07 | $18,849.41 |
| 02/15/14 | 10004 | INTERNATIONAL SURETIES LTD 701 Polydras St. #420 New Orleans LA 70139 | Bond premiun bond #016026455 | 2300-000 | | $17.91 | $18,831.50 |
| 02/26/14 | 10005 | FSB, NRODSTROM P.O. Box 6566 Englewood CO 80155 | interim distribution | 7100-000 | | $2,261.57 | $16,569.93 |
| 02/26/14 | 10006 | PYOD LLC AS ASSIGNEE of Citibank Reurgent Capital Services P.O. Box 19008 Greenville SC 29602 | interim distribution | 7100-000 | | $7,754.50 | $8,815.43 |
| 02/26/14 | 10007 | DISCOVER BANK DB Servicing Corporation P.O. Box 3025 New Albany OH 43054 | Interim distribution | 7100-000 | | $5,927.56 | $2,887.87 |
| 02/26/14 | 10008 | THE HELMS LAW FIRM P.C. | trustee compensation | 2100-000 | | $2,887.87 | $0.00 |
| 01/07/15 | | FIRST AMERICAN TITLE INSURANC ECO 40 Skokie Blvd #420 Northbrook IL 60062 | sale proceeds 2326 W. Jarvis | | $31,454.29 | | $31,454.29 |
| | | | Gross Receipts  $132,000.00 | | | | |
| | | | Page Subtotals: | | $52,954.29 | $21,500.00 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-43180 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | CAROLE R. APPEL | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1624 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX3431 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/07/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | FIRST AMERICAN TITLE INSURANCE CO<br>First American Title Insurance Co | Citu amd state transfer taxes | ($594.00) | 2820-000 | | | |
| | | PROFESSIONAL LAND SURVEYING INC.<br>Professional Land Surveying Inc. | Survey | ($650.00) | 2500-000 | | | |
| | | FIRST AMERICAN TITLE INSURANCE CO<br>First American Title Insurance Co | Zoning and Water certification | ($150.00) | 2500-000 | | | |
| | | RIPLEY, MARY<br>Mary Ripley | proceeds of sale per trust allocati | ($31,414.29) | 8500-002 | | | |
| | | BUYER, CREDIT TO<br>Credit to buyer | buyers credi owners policy & insur | ($1,383.00) | 2500-000 | | | |
| | | COLLAR, PAMELA<br>Pamela Collar | proceeds of sale per trust allocatn | ($31,454.29) | 8500-002 | | | |
| | | GREENE, JOSHUA<br>Joshua Greene | Reimbursement of zoning application | ($120.00) | 2500-000 | | | |
| | | LAWYERS LEGS, INC.<br>Lawyers Legs, Inc. | water certification fee | ($76.01) | 2500-000 | | | |
| | | RIPLEY, TIMOTHY<br>Timothy Ripley | sale proceeds per trust allocation | ($31,454.29) | 8500-002 | | | |
| | | FRIST AMERICAN TITLE INSURANCE CO<br>Cook County Collector | Real Estate taxes paid | ($3,039.83) | 2500-000 | | | |
| | | FIRST AMERICAN TITLE<br>First American Title | Misc. title charges | ($210.00) | 2500-000 | | | |
| | 12 | | INTEREST IN CAROLINE RIPLEY TRUST | $132,000.00 | 1229-000 | | | |
| 01/26/15 | 10009 | DAVIS & GREENE LAW LLC | ATTORNEY FEES | | 3210-000 | | $7,625.00 | $23,829.29 |
| 01/26/15 | 10010 | DAVIS & GREENE LAW LLC | attorney expenses | | 3220-000 | | $406.49 | $23,422.80 |
| 07/20/15 | 10011 | TRUSTEE BRENDA PORTER HELMS<br>Brenda Porter Helms | trustee fee | | 2100-000 | | $3,320.90 | $20,101.90 |

Page Subtotals: $0.00   $11,352.39

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-43180 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | CAROLE R. APPEL | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1624 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX3431 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/07/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/15/15 | 10012 | NRODSTROM FSB<br>P.O. Box 6566<br>Englewood, CO  80155 | Final distribution to claim 1 representing a payment of 76.31 % per court order. | 7100-000 | | $2,851.40 | $17,250.50 |
| 09/15/15 | 10013 | PYOD LLC AS ASSIGNEE<br>of Citibank<br>Reurgent Capital Services<br>P.O. Box 19008<br>Greenville, SC  29602 | Final distribution to claim 2 representing a payment of 76.31 % per court order. | 7100-000 | | $9,776.96 | $7,473.54 |
| 09/15/15 | 10014 | DISCOVER BANK<br>DB Servicing Corp<br>P.O. Box 3025<br>New Albany, OH  43054 | Final distribution to claim 3 representing a payment of 76.31 % per court order. | 7100-000 | | $7,473.54 | $0.00 |

|  |  |  |
| --- | ---: | ---: |
| COLUMN TOTALS | $52,954.29 | $52,954.29 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $52,954.29 | $52,954.29 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $52,954.29 | $52,954.29 |

Page Subtotals: $0.00   $20,101.90

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1624 - Checking Account (Non-Interest Earn | $52,954.29 | $52,954.29 | $0.00 |
| | $52,954.29 | $52,954.29 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $100,545.71 |
|---|---|
| Total Net Deposits: | $52,954.29 |
| Total Gross Receipts: | $153,500.00 |